UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT SEATTLE

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

November 17, 2020

James Joseph Encinas
2202 O ST NE, APT B
AUBURN, WA 98002

Your civil action *Encinas v. University of Washington* was filed in the U.S. District Clerk's office at Seattle on November 13, 2020.

Your case has been assigned Case Number **2:20−cv−01679−RAJ,** and has been assigned to Judge Richard A. Jones, Presiding Judge

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

WILLIAM M. MCCOOL, *Clerk*

s/*Deputy Clerk*

cc: file