U.S. District Court
Western Washington

James Encinas
vs
UW/Harborview

DATE: 12/17/2021
CASE # 2:20-cv-01679TL

FILED (DROP BOX)
DEC 17 2021
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

RE: GOOD FAITH ATTEMPT RESOLUTION VERIFICATION

Your Honor,

I James Encinas In the above matter, have made a good faith effort to resolve this matter. I have reached out to U.W. Attorney J. Freeman of KBM numerous times via phone with no response. In light of email from U.W Risk Management William Goodman's email to Kristi Dore, I attempt to resolve this matter again via proof of this email again.

James Encinas
12-17-2021