FILED (DROP BOX)

DEC 22 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

U.S. DISTRICT COURT
WESTERN WASHINGTON

James Encinas
vs
UW/HARBORVIEW

DATE: 12/22/2021

CASE # 2:20-cv-01679

MOTION FOR RECONSIDERATION FOR APPOINTMENT OF COUNSEL

I JAMES ENCINAS IN THE ABOVE MATTER ASK THE COURT TO RECONSIDER APPOINTMENT OF COUNSEL. DUE TO THE COVID-19 PANDEMIC AND PUBLIC CLOSURES AND VERY LIMITED PUBLIC LEGAL CONTACT AND EXTREME FINANCIAL HARDSHIP the Pandemic HAS PLACED ME in, I AM UNABLE TO FAIRLY PRESENT MY CASE before the COURT. FURTHERMORE, Defendants ARE not Acting In GOOD FAITH. NOV. 19th 2021, they ATTEMPTED TO OPEN AN INVESTIGATION, Resolution with A Witness, KRISTI DORE, But HAVE Yet to Return PHONE CALLS OR EMAILS DIRECTLY WITH ME. Without Legal

Representation to Defend myself Against this blantant attempt to influence, threaten and discourage a witness, Kristi Dore, I am at an extreme, unfair disadvantage. I beg the court to appoint counsel

James Encinas

12-22-2021