U.S. DISTRICT COURT
WESTERN WASHINGTON

___ FILED  ___ ENTERED
___ LODGED  ___ RECEIVED

DEC 22 2021  ST

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

James Encinas

vs

UW/Harborview

DATE: 12/22/2021

CASE# 2:20-cv-01679

ORDER GRANTING MOTION FOR RECONSIDERATION FOR APPOINTMENT OF COUNSEL

In the MATTER ABOVE AND BEFORE THIS COURT, APPOINTMENT OF COUNSEL IS GRANTED.

SO ORDERED ON _____

_____
JUDGE