UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ENCINAS,<br><br>           Plaintiff(s),<br><br>   v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>           Defendant(s). | CASE NO. 2:20-cv-01679-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Plaintiff has filed a motion for reconsideration (Dkt. No. 23) of the court's prior order denying Plaintiff James Encinas's motion for appointed counsel (Dkt. No. 9).

(2) Also before the Court is Defendant's motion to dismiss (Dkt. No. 17) and Plaintiff's motion for summary judgment (Dkt. No. 19).

MINUTE ORDER - 1

(3) Pursuant to Local Civil Rule 7(h)(3) of this District, parties may not file a response to a motion for reconsideration unless requested by the Court, and the Court may not grant a motion for reconsideration without such a request for a response.

(4) Accordingly, the Court hereby ORDERS:

    (a) Defendant may, if it chooses, file a response to the motion for reconsideration on or before **August 22, 2022**.

    (b) Plaintiff's reply, if any, shall be filed no later than **August 29, 2022.**

    (c) The Clerk of the Court is DIRECTED to renote Plaintiff's motion for reconsideration (Dkt. No. 23) on the Court's calendar for August 29, 2022.

    (d) To the extent that the Parties have any updates to inform the Court in its consideration of the pending motions, such as any progress made on settlement discussions or Defendant's investigation of Plaintiff's allegations, the Parties may file a status report by **August 29, 2022**. The Parties may not assert any legal arguments, new or otherwise, in any such update that is filed.

Dated this 15th day of August 2022.

Ravi Subramanian  
Clerk of the Court

s/ Kadya Peter  
Deputy Clerk