UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ENCINAS,<br><br>　　　　　　　Plaintiff(s),<br>　v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>　　　　　　　Defendant(s). | CASE NO. 2:20-cv-01679-TL<br><br>ORDER GRANTING LEAVE<br>TO AMEND |

Plaintiff James Encinas, having recently retained counsel (Dkt. No. 38), seeks leave to amend his complaint. Dkt. No. 41. Defendants do not oppose. Dkt. No. 44. Plaintiff's original complaint was comprised of a seven-page form for employment discrimination and over 400 pages of exhibits, whose relevance was not always explained or evident. *See* Dkt. Nos. 5–5-6. The proposed amended complaint names a corrected set of Defendants and sets out Plaintiff's allegations and claims in a 13-page document, which appears to be much improved in form. Dkt. No. 41-1 (proposed amended complaint).

ORDER GRANTING LEAVE
TO AMEND - 1

1    Federal Rule of Civil Procedure 15(a)(2) provides that "[t]he court should freely give
2 leave when justice so requires." This is a liberal standard, and a court should decline to grant
3 leave to amend only if there is strong evidence of undue delay, bad faith, prejudice to the
4 opposing party, or futility. *See, e.g.*, *Sonoma Cnty. Ass'n of Retired Emps. v. Sonoma Cnty.*, 708
5 F.3d 1109, 1117 (9th Cir. 2013) (alteration in original) (internal quotation marks omitted)
6 (quoting *Foman v. Davis*, 371 U.S. 178. 182 (1962)). No such evidence exists here.
7    Accordingly, Plaintiff's motion for leave to amend the complaint (Dkt. No.41) is
8 GRANTED. Plaintiff shall have **fourteen (14) days** from the date of this Order to file the amended
9 complaint.
10    Dated this 27th day of April 2023.

                                          Tana Lin
                                          United States District Judge