UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ENCINAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF WASHINGTON et al,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-01679-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Plaintiff has filed two identical motion for the withdrawal of counsel. Dkt. Nos. 52, 53. The only difference appears to be that the later-filed motion attaches a proposed order. Dkt. No. 53-1.

(2) Accordingly, the first motion (Dkt. No. 52) is STRICKEN as redundant and moot.

Dated this 30th day of June 2023.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　s/ Kadya Peter
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1