UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ENCINAS,<br><br>                Plaintiff,<br>v.<br><br>UNIVERSITY OF WASHINGTON et al,<br><br>                Defendants. | CASE NO. 2:20-cv-01679-TL<br><br>ORDER REQUESTING<br>ADDITIONAL INFORMATION |

This matter is before the Court on Plaintiff's motion for withdrawal of counsel (the "Motion to Withdraw," Dkt. No. 53). Defendants do not oppose or otherwise respond.

Plaintiff's counsel seeks to withdraw "due to a disagreement in litigation strategy and because in [his opinion] professional considerations require termination of the representation." Dkt. No. 53 at 1. No other explanation is provided. The Court understands that Plaintiff's counsel may be hesitant to reveal privileged communications or other information that may harm Plaintiff in this litigation. However, the explanation contained in the Motion to Withdraw is too vague for the Court to determine whether continued representation is untenable.

ORDER REQUESTING
ADDITIONAL INFORMATION - 1

Having reviewed the Motion to Withdraw and the relevant record, the Court hereby ORDERS:

(1) Pursuant to Washington Rule of Professional Conduct 1.6(6), counsel for Plaintiff is DIRECTED to provide **within five (5) days** of this Order any additional information relevant to the Court's consideration of the Motion to Withdraw, *under seal*, for the Court's *in camera* review. Such information must be served on Plaintiff but need not be served on Defendants.

(2) The Motion to Withdraw (Dkt. No. 53) is RE-NOTED to **July 24, 2023.**

Dated this 19th day of July 2023.

Tana Lin
United States District Judge

ORDER REQUESTING
ADDITIONAL INFORMATION - 2