THE HONORABLE TANA LIN
Trial Date: February 24, 2025

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES ENCINAS,<br><br>                  Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>                  Defendant. | No. 2:20-cv-01679-RAJ<br><br>[PROPOSED]<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>[CLERK'S ACTION REQUIRED] |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff James Encinas and Defendant University of Washington that all of Plaintiff's claims against the University of Washington may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated: 8-14-2024

_____
James Encinas, Plaintiff pro se

STIPULATION FOR AND ORDER OF DISMISSAL - 1
2:20-cv-01679-RAJ
1010-00069/EX A- Encinas-Stip & Order of Dismissal

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Dated: August 19, 2024                KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General
for Defendant University of Washington
801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
jfreeman@kbmlawyers.com

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against Defendant University of Washington are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this _____ day of _____, 2024.

_____
THE HONORABLE TANA LIN

STIPULATION FOR AND ORDER OF DISMISSAL - 2
2:20-cv-01679-RAJ
1010-00069/EX A- Encinas-Stip & Order of Dismissal

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423